**Order entered June 18, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00101-CV

**STACEY DORFMAN KIVOWITZ, ET AL., Appellants**

**V.**

**LOUIS DORFMAN, SR., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-13563**

## ORDER

Before the Court is appellant SCI Texas Funeral Services, LLC d/b/a Sparkman/Hillcrest Funeral Home and d/b/a Hillcrest Mausoleum and Memorial Park's June 17, 2021 unopposed motion for extension of time to file its brief. As the briefing deadlines have been suspended pending disposition of appellee's motion to dismiss, we **DENY** the motion as moot.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE